**Appellate Cause No. 14-22-00679-CV Dismissed and Memorandum Opinion filed July 20, 2023; Order in 14-22-00691-CV filed July 20, 2023.**



In The

# Fourteenth Court of Appeals

————

**NO. 14-22-00679-CV**
**NO. 14-22-00691-CV**

————

**HELEN CRAWFORD AND ALL RESIDENTS, Appellants**

**V.**

**AZH LANDS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1188879**

---

## MEMORANDUM OPINION AND ORDER

On October 6, 2023, this court consolidated these two appeals from the same trial court case number and judgment. The appeal in number 14-22-00679-CV was a purported motion to review an alleged denial of appellant Helen Crawford's statement of inability to pay costs. *See* Tex. R. Civ. P. 145(g). This court may review such an order "by motion filed in the court of appeals with jurisdiction over an appeal from the judgment in the case." Tex. R. Civ. P. 145(g)(1). This court

has assigned number 14-22-00691-CV to appellants' appeal of the judgment in the underlying case. Appellant Helen Crawford's motion to review the alleged denial of her statement of inability to pay costs was mistakenly docketed as a separate appeal number. Because appeal number 14-22-00679-CV was opened in error, we dismiss that appeal. *Hotze v. In Mgmt., LLC*, No. 14-19-00951-CV, 2019 WL 7372061 (Tex. App.—Houston [14th Dist.] Dec. 31, 2019, no pet.) (mem. op.).[1]

On June 6, 2023, we ordered appellant to file a brief in appeal number 14-22-00691-CV by June 29, 2023 or the appeal would be subject to dismissal without further notice. No brief has been filed.

On June 26, 2023, we granted appellants' motion to stay trial court proceedings for this court to consider appellants' motion to review the supersedeas bond amount set by the trial court on June 8, 2023. *See* Tex. R. App. P. 24.4.

Because our review of the supersedeas bond is pending, we will not dismiss the appeal in 14-22-00691-CV for failure to file a brief at this time. However, appellants are ordered to file a brief in 14-22-00691-CV within 10 days of the issuance of our order on the motion to review the supersedeas bond or the appeal will be dismissed for want of prosecution.

We dismiss appellate cause number 14-22-00679-CV.

**PER CURIAM**

Panel Consists of Chief Justice Christopher and Justices Jewell and Spain.

---

[1] In any event, on October 6, 2022, this court determined that the record contained no reviewable order denying a statement of inability to pay costs.